## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Uddin v. Elsevier, B.V.  Docket No.: 26-457

Lead Counsel of Record (name/firm) or Pro se Party (name): Adam C. Hemlock of Weil, Gotshal & Manges LLP

Appearance for (party/designation): International Association of Scientific, Technical, and Medical Publishers/Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties:
( ) Incorrect.    Please change the following parties' designations:
        Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Adam C. Hemlock
Firm: Weil, Gotshal & Manges LLP
Address: 767 Fifth Avenue, New York, NY 10153
Telephone: (212) 310-8281            Fax: (212) 310-8007
Email: adam.hemlock@weil.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
August 29, 2024            OR that ( ) I applied for admission on                              or renewal on
                          .    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Adam C. Hemlock
Type or Print Name: Adam C. Hemlock
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.